```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                        NORTHERN DIVISION
```

BETTY SCOTT                                              PLAINTIFF

vs.                         CIVIL ACTION NO. 3:13-cv-889-DCB-MTP

COVENANT HEALTH & REHAB OF
VICKSBURG, LLC, ET AL                                   DEFENDANTS


ORDER OF DISMISSAL

The Court has been advised by counsel that this action has been settled, or is in the process of being settled. Therefore, it is not necessary that the action remain upon the calendar of the Court.

IT IS ORDERED that this action be dismissed without prejudice. The Court retains complete jurisdiction to vacate this Order and reopen the action upon cause shown that settlement has not been completed and further litigation is necessary.

This the   17th   day of September, 2014.


                                    s/David Bramlette
                                UNITED STATES DISTRICT JUDGE